IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 120-107 |
| | * | |
| ROSE MARY COLEMAN | * | |

O R D E R

Defendant Rose Mary Coleman was sentenced to serve 3 years of probation on July 30, 2021; thus, she has served two-thirds of this sentence.  At present, Defendant seeks early termination of her probation term.

Defendant's supervising probation officer reports that she has complied with most conditions of her probation, having completed her community service and paid off her monetary obligations.  She has complied with curfew other than the undisclosed vacation travel on a cruise ship in December 2022.  Problematically, Defendant has been unemployed for over a year.

Upon consideration of the factors of 18 U.S.C. § 3553(a), and given the lenient sentence, the Court will not exercise its discretion to terminate Defendant's probation.  Indeed, she may benefit from continued supervision.  Defendant's motion for early termination of probation (doc. 38) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of August, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA